# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re The R.C.A. Rubber Company<br>*Debtors*<br>Andrew W. Suhar, Trustee<br>*Plaintiff*<br>v.<br><br>HB CHEMICAL CORPORATION<br>1665 Enterprise Parkway<br>Twinsburg, OH 44087<br><br>*Defendant* | Case No. 16-52757-AMK<br>Judge Alan M. Koschik<br><br>Adversary No.<br><br>**ADVERSARY PROCEEDING TO RECOVER PREFERENTIAL TRANSFERS** |

NOW COMES ANDREW W. SUHAR, the Chapter 7 Trustee of Debtor The R.C.A. Rubber Company, by and through Counsel, and files his Complaint as an Adversary Proceeding against Defendant HB CHEMICAL CORPORATION. to avoid and recover preferential transfers for the benefit of the Estate.

## JURISDICTION AND VENUE

1. Trustee commences this Adversary Proceeding pursuant to 11 U. S.C. §547 and §551 and Rule 7001 of the Federal Rules of Bankruptcy Procedure seeking to avoid transfers pursuant to §547(b) and preserve the avoided transfers for the benefit of the Chapter 7 bankruptcy estate pursuant to §551.

2. The court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334(b) and §157.

3. This adversary proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) (F).

4. Venue in this action is proper in the Northern District of Ohio pursuant to 28 U.S.C. §1409(a).

1

5. Determination of these matters is within the Court's constitutional authority as analyzed by the United States Supreme Court in Stern v. Marshall, 131 S. Ct. 2594 (2011) in response to the mandate contained in Rule 7008 of the Federal Rules of Bankruptcy Procedure, Plaintiff states that it consents to the entry of final orders or judgments by the Bankruptcy Court.

## PARTIES

6. Plaintiff Andrew W. Suhar, Trustee ("Trustee") is the duly appointed bankruptcy trustee for the bankruptcy case in which this adversary proceeding is commenced.

7. Defendant is a corporation formed and existing under the laws of the State of Ohio and that may be served with the summons and complaint by first class mail postage pre-paid addressed to its statutory agent of record with the state of Ohio.

## BACKGROUND

8. On November 18, 2016 ("Petition Date") the debtor filed the bankruptcy case in which this adversary proceeding is commenced.

9. The Debtor continued to operate its business as debtor-in-possession from the Petition Date until the Trustee was appointed the Chapter 11 trustee on April 16, 2018 [Doc. 180]. On May 9, 2018 the case was converted to Chapter 7 [Doc. 217]. On May 10, 2018 the Trustee became the interim Chapter 7 trustee [Doc. 217] and on June 25, 2018 the permanent Chapter 7 trustee.

10. Between August 20, 2016 and November 18, 2016, Debtor made payments by issuing checks on its account(s) at Chase Bank to Defendant for goods, services or other consideration due and owing to Defendant in the sum of $14,296.20. A list of such payments, hereinafter the "Transfers", including the date of the check, the check number and amount, are attached hereto as Exhibit A.

11. The Transfers were made to or for the benefit of Defendant when Debtor was and is presumed to have been insolvent.

12. The Transfers to Defendant were for or on account of an antecedent debt owed by the Debtor before such transfer was made.

13. The Transfers to Defendant enabled Defendant to receive more than Defendant as such a creditor would receive in this case under Chapter 7 of Title 11 of the United States Code, and if Defendant received payment of such debt to the extent provided by Title 11 of the United States Code.

14. Pursuant to 11 U.S.C. § 547(b) and 551, Trustee may avoid the Transfers to Defendant and recover the Transfers for the benefit of the estate.

WHEREFORE, the Plaintiff, Andrew W. Suhar, Trustee, requests Judgment as follows:

1. an order avoiding the Transfers as preferential transfer under 11 USC §547(b) for the benefit of the bankruptcy estate; and

2. judgment in favor of Plaintiff and against Defendant HB CHEMICAL CORPORATION for the amount avoided under 11 U.S.C. §547(b); and

3. such further relief and such further equities as this Court deems just.

Respectfully Submitted,

/s/ Andrew W. Suhar, Esq.
Andrew W. Suhar, Esq. (0058419)
Melissa M. Macejko, Esq. (0070974)
Suhar & Macejko, LLC
29 East Front Street, 2nd Floor
PO Box 1497
Youngstown, Ohio 44501
(330)744-9007; Fax (330)744-5857
asuhar@suharlaw.com
Attorneys for Trustee

## PAYMENTS TO CREDITORS IN PREFERENCE PERIOD

| CREDITOR | CHK # | CHECK DATE | AMOUNT | CLEARED DATE |
|---|---|---|---|---|
| HB CHEMICAL | 090142 | 9-20 | 4,335.00 | |
| | -219 | 10-4 | 5,289.60 | |
| | -363 | 11-2 | 4,671.60 | |
| Total | | | 14,296.20 | |

**EXHIBIT "A"**