IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE THE R.C.A. RUBBER COMPANY<br>*Debtors*<br>ANDREW W. SUHAR, TRUSTEE<br>*Plaintiff*<br>V.<br><br>HB CHEMICAL CORPORATION<br>1665 ENTERPRISE PARKWAY<br>Twinsburg, OH 44087<br><br><br>*Defendant* | CASE NO. 16-52757-AMK<br>JUDGE JOHN P. GUSTAFSON<br>ADVERSARY NO. 19-05039<br><br>**NOTICE OF PENDING SETTLEMENT** |

NOW COMES ANDREW W. SUHAR, the Chapter 7 Trustee of Debtor The R.C.A. Rubber Company and Plaintiff herein, by and through Counsel, and files this Notice of a pending settlement as to the instant Adversary Proceeding against Defendant HB CHEMICAL CORPORATION to avoid and recover preferential transfers for the benefit of the Estate. Plaintiff states that he intends to file a Motion in the main bankruptcy case in the next 10 days pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure to approve this settlment agreement. Plaintiff stipulates that, in the event of an Order denying the Rule 9019 motion, he will not oppose the filing of a response herein due to timliness.

Respectfully Submitted,

/s/ Andrew W. Suhar, Esq.
Andrew W. Suhar, Esq. (0058419)
Melissa M. Macejko, Esq. (0070974)
Suhar & Macejko, LLC
29 East Front Street, 2nd Floor
PO Box 1497
Youngstown, Ohio 44501
(330)744-9007; Fax (330)744-5857
asuhar@suharlaw.com
Attorneys for Trustee

1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of this Notice was served on or about the date filed upon Defendant HB Chemical Corporation, 1665 Enterprise Parkway OH 440870 by U.S. mail, postage prepaid.

                                      /s/ Andrew W. Suhar  
                                      Andrew W. Suhar