IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No: 16-52757 |
| THE R.C.A. RUBBER COMPANY | ) | Adversary Proceeding No. 19-5039 |
| Debtor | ) | |
| ****************************************** | ) | Chapter 7 |
| ANDREW W. SUHAR, Chapter 7 Trustee | ) | Judge John P. Gustafson |
| Plaintiff, | ) | |
| -vs- | ) | |
| HB CHEMICAL CORPORATION | ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

NOW COMES Plaintiff and pursuant to Rule 7041(a)(1)(i) of the Federal Rules of Bankruptcy Procedure, hereby gives notice of voluntary dismissal with prejudice.

Respectfully submitted,

/s/ Andrew W. Suhar
Andrew W. Suhar, Esq., Reg. No. 0058419
29 E. Front St., 2nd Floor
P.O. Box 1497
Youngstown, OH 44501-1497
Telephone: (330) 744-9007
Facsimile: (330) 744-5857
E-mail: asuhar@suharlaw.com
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 26th day of July, 2019, a true and correct copy of the **Notice of Voluntary Dismissal of Adversary Proceeding** was served:

**Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:**

Office of the United States Trustee at (Registered address)@usdoj.gov

**Via regular U.S. Mail, postage prepaid, to:**

Eric S. Golden, Esq.
200 South Orange Avenue
Suite 800
Orlando, FL   32801


    /s/ Andrew W. Suhar
Andrew W. Suhar, Esq., Reg. No. 0058419
Chapter 7 Trustee